UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRADERS INTERNATIONAL, LTD., *Plaintiff*, | § § § | |
| vs. | § § | CIVIL ACTION H-06-1632 |
| DAVID SCHEUERMANN, *Defendant*. | § § § | |

## ORDER

Defendant David Scheuermann's motion to transfer this action to the Eastern District of Louisiana (Dkt. 13) is DENIED. In two contracts between the parties (the independent contractor and consulting agreements) there is a venue selection clause designating Harris County, Texas "as the only allowable venue." *See* Dkt. 11, Exh. 3, § 25; Exh. 4, § 30. Both agreements contain signatures purporting to belong to the parties or authorized agents of the parties. While Scheuermann argues that the president of Traders International, Ltd., Afshin Taghechian, did not personally observe him sign one or more of the documents, he proffers no argument that the signatures are not in fact his.

It is further ORDERED that the hearing on plaintiff Traders International's application for a preliminary injunction (Dkt. 11) is reset for Tuesday, August 22, 2006, at 10 am in Courtroom 8B.

Signed on August 16, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge