UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRADERS INTERNATIONAL, LTD., | § | |
| *Plaintiff*, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-06-1632 |
| | § | |
| DAVID SCHEUERMANN, | § | |
| *Defendant*. | § | |

**PRELIMINARY INJUNCTION**

Plaintiff Traders International, Ltd.'s motion for a preliminary injunction (Dkt. 11) is GRANTED in part and DENIED in part for the reasons specified in the separately filed findings of fact and conclusions of law.

It is therefore ORDERED that:

1. Defendant David Scheuermann Jr.[1] will immediately return to Traders all files and records in whatever form in his possession or subject to his control that he obtained from Traders.
2. Scheuermann and all persons or entities in active concert or participating with him who receive notice of this order are enjoined from:
    a. Disclosing Traders' proprietary or confidential information as defined in the November 9, 2005 Confidentiality and Invention Agreement;
    b. Using Traders' proprietary or confidential information as defined above;
    c. Communicating with Traders' employees regarding Scheuermann's competing business for purposes of solicitation for a period of one year following the end of the relationship between Traders and Scheuermann.
    d. Communicating with those Traders's customers with whom Scheuermann worked with while at Traders about his competing business for the same one year period
    e. Interfering with Traders' contracts or agreements with its customers, vendors, advertisers, or employees;
    f. Taking any action to terminate or limit credit lines, charge cards, or vendor allowances on any account related to Traders.
    g. Violating the non-compete agreements with Traders by engaging in any present or contemplated business activity that is or may be competitive with the Traders (or any

---

[1] Given the circumstances of this case, the court specifically directs that this injunction applies to defendant David Scheuermann, Jr., an adult person currently residing in Louisiana, by whatever other aliases, monikers, or derivations of "David Scheuermann, Jr." he has used in the past or may use in the future. The court will not lightly entertain any disputes about the identity of either the plaintiff or the defendant.

    Affiliate) for a period of one year following the end of Scheuermann's independent contractor relationship with Traders.

  The defendant will provide copies of this preliminary injunction to his wife and children and all agents, employees, principals, subsidiaries, affiliates, and assigns of DHS Marketing, Inc.

  This preliminary injunction will take effect when Traders posts a bond approved by the Clerk of this Court in the amount of $2,340.00.

  This preliminary injunction will remain in effect until the final judgment in this action or until further order of this court.

  Signed on August 30, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge