UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRADERS INTERNATIONAL, LTD., § | | |
| *Plaintiff*, § | | |
| § | | |
| vs. § | CIVIL ACTION H-06-1632 | |
| § | | |
| DAVID SCHEUERMANN, *et al.*, § | | |
| *Defendants*. § | | |

ORDER

Before the court is defendant David H. Scheuermann, Jr.'s motion for permission to appeal the denial of his request to transfer this action to the United States District Court for the Eastern District of Louisiana (Dkt. 42). Generally, orders of district courts are appealable only if they are final orders or are subject to the collateral order doctrine. *See* 28 U.S.C. § 1291; *In re Grand Jury Subpoena*, 190 F.3d 375, 381 (5th Cir. 1999), *cert. denied*, 529 U.S. 1062 (2000). Scheuermann makes no argument that the order denying the transfer was a final order or subject to the collateral order doctrine, nor does Fifth Circuit case law suggest that either is the case. *See, e.g., Place St. Charles v. J.A. Jones Constr. Co.*, 823 F.2d 120, 126 (5th Cir. 1987); *Louisiana Ice Cream Distribs., Inc. v. Carvel Corp.*, 821 F.2d 1031, 1033 (5th Cir. 1987). Interlocutory orders that are appealable are listed in 28 U.S.C. § 1292. This section does not include interlocutory orders on motions to transfer applicable to this case.

Therefore, defendant's motion for permission to appeal is DENIED.

Signed on October 4, 2006, at Houston, Texas.

_____
Gray H. Miller
United States District Judge